NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: RICHARD ALLEN ROBBINS, JUSTIN MARK BROCKIE, JAMES MICHAEL KELLY, ASIF ALI, MOJAHEDUL HOQUE ABUL HASANAT, OMAR FARUQ, SAZZAD RAFIQUE, TAHSEEN MOHAMMAD, UMMY HABIBA, SURAIYA PARVEEN, JEREMY IAN SCHULMAN ROBBINS,**
*Appellants*

---

2021-1123

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/675,440.

---

**JUDGMENT**

---

JAMES R. KLAIBER, Hughes Hubbard & Reed LLP, New York, NY, argued for appellants Richard Allen Robbins, Justin Mark Brockie, James Michael Kelly, Asif Ali, Mojahedul Hoque Abul Hasanat, Omar Faruq, Sazzad Rafique, Tahseen Mohammad, Ummy Habiba, Suraiya Parveen, Jeremy Ian Schulman Robbins. Also represented by JAMES W. DABNEY, LYNN M. RUSSO, JUSTIN TAYLOR.

DANIEL KAZHDAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrew Hirshfeld. Also represented by SARAH E.

CRAVEN, THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

   PER CURIAM (PROST, CHEN, and HUGHES, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

September 7, 2021          /s/ Peter R. Marksteiner
      Date                Peter R. Marksteiner
                          Clerk of Court